UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JACK THOMAS WRIGHT, | No. ED CV 17-0358-AB (DFM) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| NANCY A. UNDERHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In its March 3, 2017 Order re: Procedures in Social Security Appeal, the Court ordered Plaintiff to promptly serve the summons and complaint on the government in accordance with Federal Rule of Civil Procedure 4(i) and file an appropriate proof of service within 30 days of the date of this Order. Dkt. 7 ¶ 1. No such proof of service has been filed.

Accordingly, on or before July 14, 2017, Plaintiff is ORDERED to good cause in writing, if any exists, why the Court should not dismiss Plaintiff's appeal for failure to prosecute. The filing of a proof of service showing that the government has been properly served the summons and complaint in accordance with Rule 4(i) will satisfy this OSC.

**Plaintiff is warned that if he fails to timely file a response to this Order, the Court may dismiss the complaint for failure to comply with a Court order and/or for lack of prosecution.**

There are Pro Se Clinics in each of the courthouses. The courthouse nearest to Plaintiff's home address is the Riverside courthouse. The Pro Se Clinic in that courthouse is administered by the Public Service Law Corporation. The Clinic is located in the George E. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, CA 92501. The Clinic is open on Tuesdays and Thursdays from 10:00 am - 2:00 pm. The Clerk is directed to include a copy of the brochure for the Riverside Pro Se Clinic with this Order.

Dated: June 20, 2017

DOUGLAS F. McCORMICK
United States Magistrate Judge